**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00154-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GALIMA MURRY

    Defendant.

---

CONSENT MOTION ON BEHALF OF DEFENDANT GALIMA MURRY TO WAIVE PRESENCE AND FOR COUNSELTO APPEAR VIA REMOTE MEANS

---

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Galima Murry, respectfully requests to waive his presence at the Status Conference currently scheduled for Tuesday, April 30, 2019 at 9:30am. Further, Defendant respectfully requests to allow undersigned counsel to appear telephonically (or via any other remote means satisfactory to the Court).

Defendant had his initial appearance on Wednesday, April 24, 2019, in the Southern District of Georgia, where he is currently serving on active duty in the United States Army. Defendant retained undersigned counsel today, Friday, April 26, 2019. Undersigned counsel is local to Defendant in Savannah, Georgia. Undersigned counsel currently has two court hearings in Georgia on Monday, April 29. Additionally, undersigned counsel is a reservist in the United States Marine Corps and will be travelling to conduct active duty service Wednesday, May 1 through Friday, May 3.

Due to the short-notice, pre-existing commitments of both undersigned counsel and Defendant, and the distance required for travel, it would be unreasonably burdensome for Defendant and undersigned counsel to be preset at said status conference. Therefore, Defendant respectfully requests this honorable Court grant this motion.

Undersigned counsel consulted with SAUSA Daniel McIntyre, and he consented to this motion.

Respectfully submitted this 26th day of April, 2019,

>s/ Brian Magee
**M. Brian Magee**
Healy, Hafemann & Magee, LLC
21 W Park Avenue
Savannah, GA 31401
Telephone: (706) 255-2612
E-mail: brian@hhm.law
Attorney for Defendant