**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00154-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. GALIMA MURRY

    Defendant.

---

**UNOPPOSED MOTION ON BEHALF OF DEFENDANT GALIMA MURRY TO EXCUSE
PRESENCE OF COUNSEL AND DEFENDANT FROM MOTIONS HEARING**

---

Defendant, Galima Murry, respectfully requests to excuse his presence, and that of undersigned counsel, at the motions hearing currently scheduled for June 26, 2019 at 1:30pm. The motions filing deadline for this case was June 12, 2019. Mr. Murry filed no motions. Mr. Murry is an enlisted soldier stationed on active-duty military orders in Savannah, Georgia. Mr. Murry will face significant financial hardship if he is required to travel at his own expense to Colorado for a hearing that does not require his participation. In light of the fact that Mr. Murry has no pending motions, he respectfully requests this honorable Court grant this motion.

Undersigned counsel consulted with AUSA Emily Treaster, and the Government does not oppose this motion.

Respectfully submitted this 20th day of June, 2019,

s/ Brian Magee
**M. Brian Magee**
Hafemann, Magee & Thomas, LLC
21 W Park Avenue
Savannah, GA 31401
Telephone: (706) 255-2612
E-mail: brian@hhm.law
Attorney for Defendant